United States District Court
Southern District of Texas
**ENTERED**
December 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELICIA DRAKE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v.  § | CIVIL ACTION NO. H-23-2906 |
| § | |
| CITIMORTGAGE, INC., § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of December, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE